JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOORE SWEEPING, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GUY F. ATKINSON CONSTRUCTION, LLC, a Maryland limited liability company; NTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 12; JOSEPH PACHECO,<br><br>Defendants. | Case No. 2:22-cv-07496-JFW-AGRx<br><br>**ORDER REMANDING ACTION TO STATE COURT**<br><br>Removal Date:       October 14, 2022<br>Complaint Filed:    September 12, 2022<br>Trial Date:             None<br>District Judge:      Hon. John F. Walter<br>                              Courtroom 7A, First St.<br>Magistrate Judge: Hon. Alicia G. Rosenberg<br>                              Courtroom 550, Roybal |

## ORDER

Based upon the Joint Stipulation for Remand of Action between plaintiff Moore Sweeping ("Plaintiff") and defendants Guy F. Atkinson Construction, LLC ("Atkinson"), International Union of Operating Engineers Local 12 ("Local 12"), and Joe Pacheco (erroneously sued as Joseph Pacheco) ("Pacheco"), and in accordance with 28 U.S.C. § 1447(e), IT IS HEREBY ORDERED that the above-entitled action is remanded to the Superior Court of the State of California for the County of Los Angeles as *Moore Sweeping v. Guy F. Atkinson Construction, LLC, et al.*, Case No. 22PSCV01040.

**IT IS SO ORDERED.**

DATED: February 7, 2023

_____
United States District Court Judge

1